IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SBJ IP HOLDINGS,                              No. C 08-80109SI

        Plaintiff,                              **NOTICE**

  v.

NETFLIX,

        Defendant.
                                            /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to quash filed by Vignette Corp. has been scheduled for oral argument on Friday, June 20, 2008, at 9:00 a.m.

Counsel for Vignette shall serve copies of this notice on all parties.

Dated: May 21, 2008                              RICHARD W. WIEKING, Clerk



                                               Tracy Sutton
                                               Deputy Clerk