UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| SBJ IP HOLDINGS 1, LLC,<br><br>vs.<br><br>NETFLIX, INC., AMAZON.COM, INC., and BORDERS GROUP, INC. | CASE NO. SI-CV-08-80-109MISC<br><br>(Proposed)<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>(U.S.D.C. Eastern District of Texas) |

Susan Dillon Ayers, an active member in good standing of the bar of Texas whose business address and telephone number is Baker Botts L.L.P., 98 San Jacinto Blvd., 1500 San Jacinto Center, Austin, Texas 78701; Telephone: 512.322.2500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Third-Party,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 5/20/08

THE HONORABLE SUSAN ILSTON
UNITED STATES DISTRICT JUDGE