1 **COUNSEL LISTED ON SIGNATURE PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SBJ IP HOLDINGS 1, LLC, | Case No. C 08-80109SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON THIRD PARTY VIGNETTE CORPORATION'S MOTION TO QUASH DEFENDANTS' SUBPOENA** |
| v. | |
| NETFLIX, INC., AMAZON.COM, INC., and BORDERS GROUP, INC. | |
| Defendants. | (U.S.D.C. Eastern District of Texas) |

STIPULATION AND [PROPOSED] ORDER

Case No. C 08-80109SI

1   Defendants Netflix, Inc., Amazon.com, Inc., and Borders Group, Inc., and third-party

2   Vignette Corporation ("Vignette") submit the following Stipulation and Proposed Order

3   concerning Defendants' Subpoena to Vignette in the above referenced matter.

4   WHEREAS, on April 23, 2008, Defendants served a subpoena from this District to

5   Vignette for documents relating to U.S. Patent 6,330,592 (on which Vignette is listed as the

6   Assignee) being asserted against Defendants by SBJ IP Holdings 1, LLC, the present holder of

7   the patent, in the Eastern District of Texas;

8   WHEREAS, on May 13, 2008, Vignette moved the Court to quash Defendants' subpoena;

9   WHEREAS, on May 21, 2008, the Court's clerk set Vignette motion to quash for hearing

10  on June 20, 2008 at 9:00 a.m.;

11  WHEREAS, on May 21, 2008, counsel for Defendants and Vignette met and conferred,

12  and were able to resolve some of the requests in the subpoena;

13  WHEREAS, Defendants and Vignette believe that further meet and confer efforts may

14  resolve the remaining outstanding issues without Court intervention;

15  WHEREAS, Defendants and Vignette wish to continue the hearing date on the motion to

16  quash from June 20, 2008 to July 18, 2008 at 9:00 a.m.;

17  WHEREAS, Defendants and Vignette believe this extension would facilitate the informal

18  resolution of the outstanding issues, and if not, would allow Defendants' to file a motion to

19  compel to be heard at that same time as Vignette's motion to quash, and allow Vignette to oppose

20  such a motion according to the timing under the Civil Local Rules; and

21  WHEREAS, this time modification requested will have no effect on the case schedule.

## **STIPULATION**

23  In view of the foregoing, Defendants and Vignette stipulating to the following order:

24  1.   The hearing on Vignette's motion to quash which is currently scheduled for June

25  20, 2008 at 9:00 a.m. is continued until July 18, 2008 at 9:00 a.m., or as soon thereafter as the

26  Court is available;

27  2.   In accordance with Civ. L.R. 7-2(a), Defendants shall file any motion to compel

28  compliance with the subpoena by no later than June 13, 2008;

STIPULATION AND [PROPOSED] ORDER      2

3. In accordance with Civ. L.R. 7-3(a), Defendants shall file any opposition to the motion to quash and Vignette shall file any opposition to any motion to compel by no later than June 27, 2008;

4. In accordance with Civ. L.R. 7-3(c), Vignette shall file any reply in support of its motion to quash and Defendants shall file any reply in support of any motion to compel by no later than July 18, 2008; and

5. To the extent Defendants' and Vignette are able to resolve all outstanding issues before June 13, 2009, thereby obviating the need for the Court's intervention, they shall promptly notify the Court accordingly.

Dated: May 30, 2008        By: */s/ Ryan Tyz*

    Ryan Tyz
    (CSB No. 234895)
    FENWICK & WEST LLP
    801 California Street
    Mountain View, CA 94041
    Telephone No. 650-988-8500
    Fax: 650-938-5200
    rtyz@fenwick.com

    ATTORNEYS FOR DEFENDANTS
    NETFLIX, INC., AMAZON.COM, INC., and
    BORDERS GROUP, INC.

Dated: May 30, 2008        By: */s/ Susan Dillon Ayers*

    Susan Dillon Ayers
    (CSB No. 24028302
    BAKER BOTTS LLP
    98 San Jacinto Blvd., Suite 1500
    Austin, Tx 78701-4039
    Telephone No. 512-322-2500
    Fax: 512-322-2501
    sdillion@bakerbotts.com

    ATTORNEYS FOR THIRD PARTY
    VIGNETTE CORPORATION

STIPULATION AND [PROPOSED] ORDER     3

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2008

Honorable Susan Illston
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER

4

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Ryan Tyz, attest that concurrence in the filing of this document has been obtained from Ms. Sue Ayers, counsel for Vignette Corporation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of May, 2008 in Mountain View, California.

*/s/ Ryan Tyz*
Ryan Tyz