1  LYNN H. PASAHOW (CSB NO. 054283)
   lpasahow@fenwick.com
2  J. DAVID HADDEN (CSB NO. 176148)
   dhadden@fenwick.com
3  DARREN E. DONNELLY (CSB NO. 194335)
   ddonnelly@fenwick.com
4  RYAN A. TYZ (CSB NO. 234895)
   rtyz@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, CA  94041
7  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
8
   Attorneys for Defendants
9  Amazon.com, Inc. and Borders Group, Inc.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  SBJ IP HOLDINGS 1, LLC,, | Case No.  3:08-mc-80109 SI |
| 15         Plaintiff, | (U.S.D.C. Eastern District of Texas) |
| 16  v. | |
| 17  NETFLIX, INC., AMAZON.COM, INC., and BORDERS GROUP, INC., | **DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL** |
| 18 | |
| 19         Defendant. | Judge:  The Honorable Susan Illston |

DEFENDANTS' ADMINISTRATIVE                              CASE NO. 3:08-mc-80109 SI
REQUEST TO FILE UNDER SEAL

Pursuant to Civil Local Rules 7-10(b) and 79-5, Defendants hereby move to file under seal (1) Exhibit 2 of the Declaration of Ryan Tyz in Support of Defendants' Motion to Compel Non-Party Vignette Corporation, (2) the excerpts from Exhibit 2 in Defendants' Notice of Motion and Motion to Compel Non-Party Vignette Corporation, and (3) the excerpts from Exhibit 2 in the Declaration of Ryan Tyz in Support of Defendants' Motion to Compel Non-Party Vignette Corporation,

Exhibit 2 has been designated as "Confidential" by counsel for Vignette Corporation pursuant to the interim Protective Order in this case and/or Eastern District of Texas Patent L.R. 2-2. In accordance therewith, which directs the parties to file such materials under seal, Defendants respectfully requests that the Court allow it to file the above-referenced documents under seal per Civil L.R. 79-5.

Dated: June 13, 2008                        FENWICK & WEST LLP


By: */s/ Ryan Tyz*
          Ryan Tyz

LYNN H. PASAHOW (CSB NO. 054283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB NO. 176148)
dhadden@fenwick.com
DARREN E. DONNELLY (CSB NO. 194335)
ddonnelly@fenwick.com
RYAN TYZ (CSB NO. 234895)
rtyz@fenwick.com

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200


Attorneys for Defendants
Amazon.com, Inc. and Borders Group, Inc.

DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL        2        CASE NO. 3:08-mc-80109 SI

1  LYNN H. PASAHOW (CSB NO. 054283)
   lpasahow@fenwick.com
2  J. DAVID HADDEN (CSB NO. 176148)
   dhadden@fenwick.com
3  DARREN E. DONNELLY (CSB NO. 194335)
   ddonnelly@fenwick.com
4  RYAN A. TYZ (CSB NO. 234895)
   rtyz@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, CA  94041
7  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
8
   Attorneys for Defendants
9  Amazon.com, Inc. and Borders Group, Inc.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  SBJ IP HOLDINGS 1, LLC,,                Case No.  3:08-mc-80109 SI

15          Plaintiff,                      (U.S.D.C. Eastern District of Texas)

16  v.                                      **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**

17  NETFLIX, INC., AMAZON.COM, INC., and BORDERS GROUP, INC.,

18

19          Defendant.                      Judge:  The Honorable Susan Illston

20

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO
COMPEL                                      CASE NO.  3:08-mc-80109 SI

1  The Court having reviewed Defendants' Administrative Request to File Documents Under Seal, hereby, for good cause shown, orders that the following documents shall be sealed:

1. Exhibit 2 to the Declaration of Ryan Tyz in Support of Defendants' Motion to Compel Vignette Corporation's Compliance with Request No. 6 of Subpoena *Duces Tecum*;

2. Defendants' Notice of Motion and Motion to Compel Non-Party Vignette Corporation's Compliance with Request No. 6 of Subpoena Duces Tecum (as redacted); and

3. The Declaration of Ryan Tyz in Support of Defendants' Motion to Compel Vignette Corporation's Compliance with Request No. 6 of Subpoena *Duces Tecum* (as redacted).

**IT IS SO ORDERED**

Dated: _____

The Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL      2      CASE NO. 3:08-mc-80109 SI