LYNN H. PASAHOW (CSB NO. 054283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB NO. 176148)
dhadden@fenwick.com
DARREN E. DONNELLY (CSB NO. 194335)
ddonnelly@fenwick.com
RYAN A. TYZ (CSB NO. 234895)
rtyz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendants
Amazon.com, Inc. and Borders Group, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SBJ IP HOLDINGS 1, LLC,, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., AMAZON.COM, INC., and BORDERS GROUP, INC., <br><br> Defendant. | Case No. 3:08-mc-80109 SI <br><br> (U.S.D.C. Eastern District of Texas) <br><br> CERTIFICATE OF SERVICE <br><br> Date:    July 18, 2008 <br> Time:    9:00 a.m. <br> Dept.:   Courtroom 10, 19th floor <br> Judge:  The Honorable Susan Illston |

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following document(s):

CERTIFICATE OF SERVICE                                                                 Case No. 3:08-mc-80109 SI

1. [CONFIDENTIAL-FILED UNDER SEAL] DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL NON-PARTY VIGNETTE CORPORATION'S COMPLIANCE WITH REQUEST NO. 6 OF SUBPOENA *DUCES TECUM*;

2. [CONFIDENTIAL-FILED UNDER SEAL] DECLARATION OF RYAN TYZ IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL NON-PARTY VIGNETTE CORPORATION'S COMPLIANCE WITH SUBPOENA *DUCES TECUM*;

3. [CONFIDENTIAL- FILED UNDER SEAL] EXHIBIT 2 TO THE DECLARATION OF RYAN TYZ IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL NON-PARTY VIGNETTE CORPORATION'S COMPLIANCE WITH SUBPOENA *DUCES TECUM*

4. EXHIBITS 1, 3, 4, 5, 6, 7, 8;

5. [PROPOSED] ORDER GRANTING MOTION TO COMPEL;

6. ADMINISTRATIVE REQUEST TO FILE UNDER SEAL; and

7. [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL.

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

| Susan Ayers<br>Baker Botts L.L.P.<br>1500 San Jacinto Center<br>98 San Jacinto Boulevard<br>Austin, TX  78701<br>Tel:  512-322-2500<br>Fax:  512-322-2501<br>Sue.ayers@bakerbottscom | Eric Manchin, Esq.<br>Kaeske Law Firm<br>1301 W. 25th Street, Suite 406<br>Austin, TX  78705<br>Tel:  512-366-7300<br>Fax:  512-366-7767<br>emanchin@kaeskelaw.com |
|---|---|

[X] **BY US MAIL:**  by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices.  I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

[ ] **BY OVERNIGHT COURIER:**  by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

☒ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

☐ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

I declare under penalty of perjury that the above is true and correct.

Date:  this 13th day of June, 2008                             /s/ Ryan Tyz
                                                                              Ryan Tyz

CERTIFICATE OF SERVICE             3             Case No. 3:08-mc-80109 SI