LYNN H. PASAHOW (CSB NO. 054283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB NO. 176148)
dhadden@fenwick.com
DARREN E. DONNELLY (CSB NO. 194335)
ddonnelly@fenwick.com
RYAN A. TYZ (CSB NO. 234895)
rtyz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendants
Amazon.com, Inc. and Borders Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SBJ IP HOLDINGS 1, LLC,, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., AMAZON.COM, INC., and BORDERS GROUP, INC., <br><br> Defendant. | Case No.  3:08-mc-80109 SI <br><br> (U.S.D.C. Eastern District of Texas) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL** <br><br> Judge:  The Honorable Susan Illston |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL

CASE NO.  3:08-mc-80109 SI

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

The Court having reviewed Defendants' Administrative Request to File Documents Under Seal, hereby, for good cause shown, orders that the following documents shall be sealed:

1. Exhibit 2 to the Declaration of Ryan Tyz in Support of Defendants' Motion to Compel Vignette Corporation's Compliance with Request No. 6 of Subpoena *Duces Tecum*;

2. Defendants' Notice of Motion and Motion to Compel Non-Party Vignette Corporation's Compliance with Request No. 6 of Subpoena Duces Tecum (as redacted); and

3. The Declaration of Ryan Tyz in Support of Defendants' Motion to Compel Vignette Corporation's Compliance with Request No. 6 of Subpoena *Duces Tecum* (as redacted).

**IT IS SO ORDERED**

Dated: _____

_____
The Honorable Susan Illston
United States District Judge