IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SBJ IP HOLDINGS 1, LLC, | No. C 08-80109 MISC SI |
| Plaintiff, | **ORDER DENYING MOTIONS WITHOUT PREJUDICE** |
| v. | |
| NETFLIX, INC., *et al.*, | |
| Defendants. | |

Third party Vignette Corporation has filed a motion to quash defendants' subpoena and defendants have filed a motion to compel production of documents. For the reasons discussed at the hearing, the Court DENIES both motions WITHOUT PREJUDICE to renewing either motion after further meet and confer and attempts to narrow the scope of discovery sought. It is the Court's view that defendants may be able to narrow the requests after propounding interrogatories and/or taking depositions. (Docket Nos. 1, 7, 13).

**IT IS SO ORDERED.**

Dated: August 18, 2008

SUSAN ILLSTON
United States District Judge