**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/15/08

Case No.   C-08-80109 misc SI          Judge:   SUSAN ILLSTON

Title: SBJ IP HOLDINGS -v- NETFLIX

Attorneys: M. Spolyar          R. Tyz

Deputy Clerk: Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)   Motions to Quash and to Compel - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X ) SUBMITTED PART

Case continued to ___ @ 2:30 p.m. for Further Case Management Conference

Case continued to ___ @ 9:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to ___ @ 3:30 p.m.  for Pretrial Conference

Case continued to ___ @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: